STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION, PLAINTIFF-RESPONDENT, v. ETHEL W. PROBASCO, *ET AL.*, DEFENDANTS-APPELLANTS.

Argued May 10, 1971—Decided May 24, 1971.

*Mr. Ralph S. Heuser, Jr.,* argued the cause for the appellants (*Messrs. Heuser & Heuser,* attorneys).

*Mr. David A. Biederman,* Deputy Attorney General, argued the cause for the respondent (*Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion in the Appellate Division, 114 *N. J. Super.* 546 (1970).

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*For reversal*—None.